IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GIUSEPPINA "FINA" BARTLETT                                        PLAINTIFF

v.                              No. 4:13-cv-682-DPM

CITY OF LITTLE ROCK, ARKANSAS                                    DEFENDANT

ORDER

Joint status report, № 13, noted and appreciated. The discovery deadline is extended to 30 January 2015, and the joint-status-report deadline is extended to 6 February 2015. All other deadlines in the Final Scheduling Order—including the dispositive-motions deadline—remain in effect. The Court reminds the parties that this case is set for trial on 6 April 2015. № 10.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 January 2015