IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GIUSEPPINA "FINA" BARTLETT                                              PLAINTIFF

v.                                       No. 4:13-cv-682-DPM

CITY OF LITTLE ROCK, ARKANSAS                                          DEFENDANT

ORDER

I've reviewed Little Rock's summary judgment papers. Bartlett's response isn't due yet; but I now have a sense of the issues in this case. Thirty-some years ago, Bryan Day and I worked together closely in Boy Scout-related activities. We haven't stayed in touch through the years. I don't remember the last time I saw him. But I'm concerned that my impartiality on the merits might reasonably be questioned based on this past relationship. I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 September 2015